JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYB 4294443)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:   (415) 436-7296
   Facsimile:   (415) 436-7234
   Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE ANGEL SUAZO-SUAZO,<br><br>    Defendant. | No. CR 10-0372 CRB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

      On May 4, 2010, the parties appeared before the Court for a detention hearing.  The defendant waived detention and findings without prejudice and the matter was set for May 10, 2010, for arraignment on an Indictment.  The parties requested and the Court ordered that the time between May 4, and May 10, 2010 , be excluded under the speedy trial act, 18 U.S.C. § 3161(h)(7)(B)(iv), for effective preparation of counsel.

      On May 10, 2010, the parties appeared before the Court, the defendant was arraigned on

STIP. & [PROPOSED] ORDER EXCL. TIME
SUAZO-SUAZO; CR 10-0372 CRB                                                       1

1 the Indictment and the matter was set for initial appearance before the district court on May 19,
2 2010. The parties requested and the Court ordered that the time between May 10, and May 19,
3 2010 , be excluded under the speedy trial act, 18 U.S.C. § 3161(h)(7)(B)(iv), for effective
4 preparation of counsel.
5   The parties also agreed that the ends of justice served by granting such a continuance
6 outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §
7 3161(h)(7)(A).
8 SO STIPULATED:

                                JOSEPH P. RUSSONIELLO
                                United States Attorney

DATED: May 11, 2010            /s/
                                BENJAMIN P. TOLKOFF
                                Assistant United States Attorney


DATED: May 11, 2010            /s/
                                JODI LINKER
                                Attorney for JOSE ANGEL SUAZO-SUAZO

   For the reasons stated above, the Court finds that the exclusion of time between May 4, and May 19, 2010, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §§ 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 5/17/10            _____

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

STIP. & [PROPOSED] ORDER EXCL. TIME
SUAZO-SUAZO; CR 10-0372 CRB                                                                 2